WANDA DEREGOWSKA-MICHALAK, Appellant, v PIOT ZDZISLAW MICHALAK, Respondent.

Submitted December 31, 2012; decided February 14, 2013

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3; CPLR 5602).

Judge RIVERA taking no part.